UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave., Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Bank of America, N.A.

In Re:

Theresa Sim,

Debtor.

Case No.: 17-19580-JNP

Adv. No.:

Chapter: 13

Hearing Date: 3/27/2018

Judge: Poslusny

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Denise Carlon, Esq.,
   - ☒ am the attorney for: Bank of America, N.A.
   - ☐ am self-represented

   Phone number: 201-549-2363

   Email address: dcarlon@kmllawgroup.com

2. I request an adjournment of the following hearing:

   Matter: Motion for Relief from Stay

   Current hearing date and time: 3/27/18

   New date requested: 4/10/18

   Reason for adjournment request: To allow the parties additional time to resolve this matter amicably.

3.     I request an adjournment of confirmation:

       Current confirmation date and time: _____

       New date requested: _____

       Reason for adjournment request: _____

       _____

       Confirmation has been adjourned _____ previous times

       Trustee payments are current through _____

       The meeting of creditors under § 341(a) of the Code ☐ was conducted ☐ was not conducted

4.     Consent to adjournment:

       ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

       _____

       _____

I certify under penalty of perjury that the foregoing is true.

Date: 3/22/2018 _____       /s/ Denise Carlon _____
                                                                   Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted        New hearing date: ___4/10/2018 at 10 am___    ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*