Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

---

Case No.: 17–19580–JNP  
Chapter: 13  
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
　Theresa M. Sim  
　aka THERESA SIM  
　2200 Ashton Ave  
　Lindenwold, NJ 08021–1416

Social Security No.:  
　xxx–xx–9310

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 6, 2018.

On 10/17/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:　　　　　　　November 28, 2018  
Time:　　　　　　　 10:00 AM  
Location:　　　　　4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

　　Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 18, 2018  
JAN: lgr

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-19580-JNP
Theresa M. Sim                                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Oct 18, 2018
                              Form ID: 185             Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2018.
```
db              Theresa M. Sim,    2200 Ashton Ave,    Lindenwold, NJ  08021-1416
517705729      +BANK OF AMERICA, N.A.,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
516961021       Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
516817137       Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
516817138      +CCMUA,    1645 Ferry Ave,    Camden, NJ 08104-1360
517704681      +Carrington Mortgage Services, LLC,    P. O. Box 3730,    Anaheim, CA 92806,
                 Carrington Mortgage Services, LLC,    P. O. Box 3730,    Anaheim, CA 92803-3730
517704680      +Carrington Mortgage Services, LLC,    P. O. Box 3730,    Anaheim, CA 92803-3730
516817140       Commonwealth Financial,    245 Main St,    Dickson City, PA  18519-1641
516817141       Emerg Phy Assoc of S.Jers,    101 Carnie Blvd,    Voorhees, NJ  08043-1548
517025621       Emergency Physicians Associates of South Jersey,PC,    PO Box 1123,    Minneapolis MN 55440-1123
516817142      +First Federal Credit C,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
516817143       KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ  08108-2812
516817146       Sinus Center Becker Nos,    1001 Sheppard Rd,    Voorhees, NJ  08043-4796
516817148       Think Cash First Bk of Delaware,    Attn: Customer Support,    PO Box 37727,
                 Philadelphia, PA  19101-5027
516817149       Thinkcashfbd,    Wilmington, DE  19803
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 18 2018 23:52:01     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 18 2018 23:51:59     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516817139      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Oct 18 2018 23:52:30      COMCAST,
                 1701 John F Kennedy Blvd,    Philadelphia, PA 19103-2899
516817144       E-mail/Text: bkdepartment@rtresolutions.com Oct 18 2018 23:52:11     Real Time Resolutions,
                 Attn: Bankruptcy,    PO Box 36655,    Dallas, TX  75235-1655
516817145       E-mail/Text: Supportservices@receivablesperformance.com Oct 18 2018 23:52:38
                 Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA  98036-7744
516817147      +E-mail/Text: bankruptcy@sw-credit.com Oct 18 2018 23:52:02     Southwest Credit Syste,
                 4120 International Pkwy,    Carrollton, TX 75007-1958
                                                                                              TOTAL: 6
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. c/o Carrington Mortgage
               Services, LLC rsolarz@kmllawgroup.com
              Ronald E. Norman    on behalf of Debtor Theresa M. Sim ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```