Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−19580−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Theresa M. Sim
   aka THERESA SIM
   2200 Ashton Ave
   Lindenwold, NJ 08021−1416

Social Security No.:
   xxx−xx−9310

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/11/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 11, 2019
JAN: kvr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 17-19580-JNP
Theresa M. Sim                                                                          Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1             User: admin                  Page 1 of 1                   Date Rcvd: Jan 11, 2019
                                 Form ID: 148                 Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2019.
db              Theresa M. Sim,    2200 Ashton Ave,    Lindenwold, NJ 08021-1416
517705729      +BANK OF AMERICA, N.A.,    216 Haddon Avenue, Ste. 406,    Westmont, NJ 08108-2812
516817137       Bankamerica,    4909 Savarese Cir,    Tampa, FL 33634-2413
516817138      +CCMUA,    1645 Ferry Ave,    Camden, NJ 08104-1360
517704681      +Carrington Mortgage Services, LLC,    P. O. Box 3730,    Anaheim, CA 92806,
                 Carrington Mortgage Services, LLC,    P. O. Box 3730,    Anaheim, CA 92803-3730
517704680      +Carrington Mortgage Services, LLC,    P. O. Box 3730,    Anaheim, CA 92803-3730
516817140       Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
516817141       Emerg Phy Assoc of S.Jers,    101 Carnie Blvd,    Voorhees, NJ 08043-1548
517025621       Emergency Physicians Associates of South Jersey,PC,    PO Box 1123,    Minneapolis MN 55440-1123
516817142      +First Federal Credit C,    24700 Chagrin Blvd Ste 2,    Cleveland, OH 44122-5662
516817143       KML Law Group, P.C.,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
516817146       Sinus Center Becker Nos,    1001 Sheppard Rd,    Voorhees, NJ 08043-4796
516817148       Think Cash First Bk of Delaware,    Attn: Customer Support,    PO Box 37727,
                 Philadelphia, PA 19101-5027
516817149       Thinkcashfbd,    Wilmington, DE 19803

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 12 2019 00:22:05      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 12 2019 00:22:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516961021       EDI: BANKAMER.COM Jan 12 2019 04:48:00      Bank of America,    P.O. Box 31785,
                 Tampa, FL 33631-3785
516817139      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jan 12 2019 00:22:38      COMCAST,
                 1701 John F Kennedy Blvd,    Philadelphia, PA 19103-2899
516817144       E-mail/Text: bkdepartment@rtresolutions.com Jan 12 2019 00:22:17      Real Time Resolutions,
                 Attn: Bankruptcy,    PO Box 36655,    Dallas, TX 75235-1655
516817145       E-mail/Text: Supportservices@receivablesperformance.com Jan 12 2019 00:22:52
                 Receivables Performanc,    20816 44th Ave W,    Lynnwood, WA 98036-7744
516817147      +EDI: SWCR.COM Jan 12 2019 04:48:00      Southwest Credit Syste,    4120 International Pkwy,
                 Carrollton, TX 75007-1958
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. c/o Carrington Mortgage
               Services, LLC rsolarz@kmllawgroup.com
              Ronald E. Norman    on behalf of Debtor Theresa M. Sim ronaldenorman@comcast.net,
               dgordon@rnormanlaw.com;g14985@notify.cincompass.com;ronaldenorman@icloud.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6